**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6794**

---

SELWYN BROADNAX-BEY,

Petitioner - Appellant,

versus

JON GALLEY, Warden,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge. (CA-02-949-S)

---

Submitted: September 19, 2002      Decided: September 27, 2002

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Selwyn Broadnax-Bey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Selwyn Broadnax-Bey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Broadnax-Bey has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Broadnax v. Galley</u>, No. CA-02-949-S (D. Md. May 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2